Stacy Ann Biancamano
Biancamano Law
42A N 20th Street,
Kenilworth, New Jersey 07033
Phone: (908) 858-2161
Fax: (908) 858-2140

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH GOOCH | Docket No.: 18-00313-001<br><br>**SENTENCING SUBMISSION NOTICE OF JOSEPH GOOCH** |

    Please be advised that, on this date, that Stacy Biancamano Esq. submitted sentencing materials to the Court in this case concerning the defendant JOSEPH GOOCH.

Date: October 31, 2023

Respectfully submitted,

*Stacy Ann Biancamano*

Stacy Biancamano, Esq.